The People of the State of New York, Respondent, v. Richard C. Flower. In the Matter of the Application of George F. Butterworth and Another, as Executors, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of the Application of Bernard A. Caffrey, as Administrator, etc., of Peter Caffrey, Deceased, Respondent, for a Compulsory Accounting by Matthew J. O'Brien, as Executor, etc., of Annie O'Neill, Deceased, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Fanny Heiden, Respondent, v. The City of New York, Appellant, Impleaded with Others. Jacob L. Heiden, Respondent, v. The City of New York, Appellant, Impleaded with Others.— Orders reversed, with ten dollars costs and disbursements, and motions granted on the authority of *Tanzer* v. *Breen* (131 App. Div. 654). Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Lida M. Fleitmann, as Administratrix, Respondent, v. The Northern Bank of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Elizabeth M. Murray, Appellant, v. Charles B. Dillingham, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Perry A. Weinberg, Respondent, v. Marcus M. Marks, as President, etc., and Margaret O. Sage, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Allied Investors Realty Company, Respondent, v. John Purroy Mitchel, as Mayor of the City of New York and Others. James E. Gaffney and Others, Comprising the Firm, etc., Appellants. New York Sanitary Utilization Company, Respondent, v. John Purroy Mitchel, as Mayor of the City of New York and Others. James E. Gaffney and Others, Comprising the Firm, etc., Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Allied Investors Realty Company, Appellant, v. John Purroy Mitchel, as Mayor of the City of New York and Others, Respondents. New York Sanitary Utilization Company, Appellant, v. John Purroy Mitchel, as Mayor of the City of New York and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Robert Walton Goelet, Appellant, v. Al. Hayman and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.